Clerk of Court,

I'm writing the Clerk of Court Recessonally I have been moved from David Wade Correction Center back to Elayn Hunts Correctional Center on a Court Order. I don't know how long I'm going to be here. If it's any Legal Mail that been mailed to that facility can you check and see if it can get mailed over here to me.

18-8884 I(3)
18-9422 I(3)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  OCT 15 2018
WILLIAM W. BLEVINS
CLERK

TENDERED FOR FILING
OCT 15 2018
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Respectfully Submitted
Jason Spikes

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No.

I'm writing classification. I'm on a Court-Order from David-Wade that's why David Wade is on this letter. I wrote the clerk of court and let them know what's going on so they can see where I'm at before they mail me any legal mail.

**TENDERED FOR FILING**

OCT 15 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Jason J. Spikes
537035
David Wade Correctional Center
670 Bell Road
Homer, Louisiana 71040

C-151

United States District Clerk of Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Baton Rouge P&DC 708
FRI 12 OCT 2018 PM